IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE J. FERGUSON, JR., | : | |
| Petitioner | : | No. 1:16-cv-1914 |
| | : | |
| v. | : | (Judge Kane) |
| | : | (Magistrate Judge Saporito) |
| MARY SABOL, Warden, | : | |
| Respondent | : | |

## ORDER

Before the Court in the above-captioned case is the December 9, 2016 Report and Recommendation of Magistrate Judge Saporito. (Doc. No. 13.) No timely objections have been filed. **ACCORDINGLY**, on this 29th day of December 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 13), of Magistrate Judge Saporito;

2. Petitioner Dwayne J. Ferguson, Jr.'s motion for voluntary dismissal (Doc. No. 11), is **GRANTED**;

3. Petitioner Dwayne J. Ferguson, Jr.'s petition for federal habeas corpus relief (Doc. No. 1), is **DISMISSED AS MOOT**; and

4. The Clerk of Court is directed to close the above-captioned case.

                                                                                                                 s/ Yvette Kane
                                                                                                                 Yvette Kane, District Judge
                                                                                                                 United States District Court
                                                                                                                 Middle District of Pennsylvania